Filed in Trust
Original Issue Non-negotiable
Special Deposit EI693722680US Document under seal

Case: 1:24-cv-01535
Assigned To : Unassigned
Assign. Date : 5/23/2024
Description: Pro Se Gen. Civ. (F-DECK)

United States District Court
District of Columbia
**Civil Division-sealed document**

| | |
|---|---|
| JOHN DOE I, an express trust | Case Number: |
| **Plaintiff(s)** [1] | Judge: |
| -V- | 28 U.S. Code § 1350 - Alien's action for tort in violation of the treaties of the United States: 1783– Treaty of Paris; International express mail agreement. Signed at Washington and Caracas August 10 and 15, 1984. Entered into force December 1, 1984. TIAS 11008; 2022 Original Proceeding In Rem and in Personam |
| Elizabeth Prelogar, Solicitor General | |
| of the United State, et al | |
| **Defendant(s)** | |

**Claims for tort in violation of the treaties of the United States and Order for Injunction**

I.  The Parties to this Claims for Tort

Plaintiff:

1. JOHN DOE I, an express trust [2], by Grantor/Beneficiary in the above styled case along with certain other express trusts as interest may appear as a Foreign national not intending to be engaged willfully in commercial activity either as regular course of commercial conduct or as particular commercial transaction [3] is the Plaintiff(s),with

---

[1] JOHN DOE 1, a man, grantor and Beneficiary in express Trust, is appearing as actor to the court in order to obtain relief and does not as plaintiff give up any rights, or submit those rights to the arbitrary disposition of the court.

[2] The Express Trust is not subject to legislative control. The trust relationship comes under the realm of equity, based upon the common-law right of contract and sues in its common name to enforce a substantive right existing under the United States Constitution.

[3] as recorded in related cases; Special Deposit EI647297854US with United States District Court, Southern District of Florida  dated 07/31/2023 as: Case No.  0:23-cv-61403-RS *Sealed* –cv– Federal Article III Judge Rodney Smith, presiding; Case filed Special Deposit  EI080167829US under seal with Supreme Court of the United States  dated 12/26/2023 as N.R.B. LLC, Plaintiff

Filed in Trust
Original Issue Non-negotiable
Special Deposit EI693722680US Document under seal

postal mailing address: In care of 1314 East Las Olas Boulevard, #1230, Fort Lauderdale, Florida[33301] United States of America.

Defendants:

1. Elizabeth Prelogar, Solicitor General of the United States, with mailing address: Room 5616, Department of Justice, 950 Pennsylvania Ave., N. W., Washington, DC 20530-0001, is responsible for conducting and supervising all Supreme Court litigation on behalf of the United States.

2. Scott Sessions Harris, Clerk of the Supreme Court of the United States, an officer in the Executive department of The Department of Justice as Clerk of Court, United States responsible for keeping records, issuing summonses, managing the court's administrative functions, including docketing, doing business at principal location at: Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543.

II.   Basis for Jurisdiction

The basis for the United States District Court, District of Columbia jurisdiction is Federal question under Article III, Section 2, Clause 1.

1. The judicial Power shall extend to all cases arising under 1776 Constitution for the United States of America, the Law of the United States, original jurisdiction flows directly from the Constitution and is therefore self-executing without further action by congress according as the same judge happened to be playing the role of common law judge, or of chancellor

---

vs Elizabeth Prelogar, Solicitor General of the United States, et al, Defendants; Case filed Special Deposit EI080167917US under seal with United States District Court, Southern District of Florida dated 05/06/2024 as JOHN DOE I, Plaintiff vs Elizabeth Prelogar, Solicitor General of the United States, et al, Defendants, which by these references are made a part herein and all proceeding claims.

Filed in Trust
Original Issue Non-negotiable
Special Deposit EI693722680US Document under seal

2. This court is believed to have original jurisdiction of any civil action by Plaintiff, an alien for tort only, committed in violation of the treaties: 1783– Treaty of Paris; and International express mail agreement. Signed at Washington and Caracas August 10 and 15, 1984. Entered into force December 1, 1984. TIAS 11008; 2022, as witnessed by of the United States 28 U.S. Code § 1350 - Alien's action for tort in violation of the treaties of the United States

3. Government exists primarily to protect property rights

4. This court has jurisdiction to recognize Plaintiff-express-trust known as Special Deposit EI080167829US also referenced as EI080167832US a sealed case.

5. The events giving rise to the express trust occurs in the sovereign several states of the union in America, Florida, outside the United States, as recognized by : 1783– Treaty of Paris and Northwest Ordiance and further as directed by Grantor/Beneficiary of Plaintiff to Defendants, as public officer/ Trustee, by operation of law, in private through transfer of Trust Res effective date of being received December 29, 2023 to the United States.

6. Plaintiff prepared filing also known as form of pleadings and motions using the Federal Rules of Civil Procedure as a guide.

III. Statement of Claim three Counts

a) Plaintiff claims Defendants have duties under oath to ensure the performance of the directives by Plaintiff intent for the purpose of upholding the treaties of the United States benefiting Beneficiary of Plaintiff.

Filed in Trust
Original Issue Non-negotiable
Special Deposit EI693722680US Document under seal

    i. Update records to reflect the correct address of Plaintiff to show without the United States;

    ii. Provide copies with wet ink signature signed under oath of office by Defendant Scott Sessions Harris, Clerk of the Supreme Court of the United States of all documents submitted for filing to Plaintiff correct mailing address.

    iii. Send copies of Plaintiff Claims filed with Defendant via the same method as received, through the United States Express Mail return receipt requested, as recognized by the International express mail agreement

II. Tort

a) In each count stated above the official conduct of the Defendants/Trustee violates clearly established rights recognized by constitution, Treaties and Express Trust which a reasonable person would have known or understood that what the Defendants/Trustee are doing violates that right:

1. Plaintiff-right-to-property in the form of the express trusts recognized by the Constitution and the 1783– Treaty of Paris itself, regarding Plaintiff-sovereign-authority and the right to contract, are violated due to Defendant/Trustee failed performances.

2. Plaintiff-right to choose political jurisdiction is violated as witness by the 1783– Treaty of Paris due to Defendant/Trustee failed performances.

3. Plaintiff is not in receipt of copies of Plaintiff filed documents from Defendant Scott Sessions Harris, Clerk of the Supreme Court of the United States or record of any authority to reject any submitted filing by Plaintiff.'thus the property-right of filing Special Deposit EI080167829US for remedy is violated as witnessed by the 1783

Filed in Trust
Original Issue Non-negotiable
Special Deposit EI693722680US Document under seal
Treaty of Paris.and violation of International express mail agreement

b) The above records are sufficiently developed in showing each Defendant who contributed to the Tort of breaching the Legacy Trusts herein, collectively and independently at all relevant-times are the Occupant of Office with significant-control as: agent, affiliate, employee, alter-ego, principal, employer, or co-conspirator of each other operating voluntarily with consent, unjustly enriched by Defendants actions or failed actions..

c) Each defendant will be held individually and severally Liable for the conscious acts and reckless indifference to the consequences of disregarding Plaintiff's-rights protected under the United States Constitution by certain oaths of office as required by the founding documents creating the United States of America , United States Constitutions, the 1783 Treaty of Paris and International express mail agreement. Signed at Washington and Caracas August 10 and 15, 1984. Entered into force December 1, 1984. TIAS 11008; 2022

IV.   Relief

a) Plaintiff require remedies recognized by the Federal Rules of Procedures for attachment garnishment of all Defendants assets, Fiduciary Reinsurance covering the amount of damages of $98,780,000,000.00 Ninety-Eight-Billion-Seven-Hundred Eighty-Million-United-States-of-America-Dollars equivalent. Jointly and severally from all known Defendants in related cases as of May 21, 2024.

b) The court having authority over Defendants Fiduciary Re- Insurance are instructed to place a claim against such insurance for sum certain in damages amounting to $98,780,000,000.00 Ninety-Eight-Billion-Seven-Hundred Eighty-Million-United-States-of-America-Dollars equivalent t. In the form of a redeemable Cashiers check

Filed in Trust
Original Issue Non-negotiable
Special Deposit EI693722680US Document under seal

    pay to NEW RIVERBANK LLC sent to Plaintiff address with return receipt requested through United States Express Mail as recognized by **the United States Constitutions, the 1783 Treaty of Paris and International express mail agreement. Signed at Washington and Caracas August 10 and 15, 1984. Entered into force December 1, 1984. TIAS 11008; 2022;**

c) Order specific performance of the trust duties as stated herein and

d) Any other relief the court finds within its authority to grant.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 21, 2024

> JOHN DOE I, an express trust,
> By: Grantor/Beneficiary, given in confiendence
> Demand is made to return all interest.
> For deposit to the United States Treasury for collection.

Filed in Trust
Original Issue Non-negotiable
Special Deposit EI693722680US
Document under seal

United States District Court
District of Columbia
**Civil Division-sealed document**

| | |
|---|---|
| JOHN DOE I, an express trust<br>Plaintiff(s) [1]<br><br>-v-<br><br>Elizabeth Prelogar, Solicitor General<br>of the United State, et al<br>Defendant(s) | Case Number:<br>Judge:<br>28 U.S. Code § 1350 - Alien's action for tort in violation of the treaties of the United States: 1783– Treaty of Paris; International express mail agreement. Signed at Washington and Caracas August 10 and 15, 1984. Entered into force December 1, 1984. TIAS 11008; 2022 Original Proceeding In Rem and in Personam |

_____/_____/
Notice of Filing

JOHN DOE I, an express trust by and through Grantor/Beneficiary in the above styled case is the Plaintiff(s) on behalf this Notice of filing is submitted. Clerk to return a filed copy to Plaintiff. Included in this Notice of Filing are the following:
1. CIVIL COVER SHEET
2. Notice of Designation Of Related Civil Cases Pending In This Or Any Other United States Court
3. Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)
4. ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS
5. Summons in Civil Action- Elizabeth Prelogar, Solicitor General of the United States, United States
6. Summons in Civil Action- Scott Sessions Harris, Clerk of the Supreme Court of the United States
7. Claims for tort in violation of the treaties of the United States and Order for Injunction
8. Motion to Seal Conventionally
9. Order to Seal Conventionally

The purpose of the filing is to support the original proceeding of the above case style on behalf of Plaintiff and related Case.
I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. .
05/21/2024
Respectfully submitted,

JOHN DOE I, an express trust,
By: Beneficiary,given in confidence
Demand is made to return all future interest,
proceeds, profits and utilities.
Not for Public viewing or Trade
Respectfully submitted,
Address:
c/o 1314 East Las Olas Boulevard
Number 1230
Fort Lauderdale, Florida USA

---

[1] JOHN DOE 1, a man, grantor and Beneficiary in express Trust, is appearing as actor to the court in order to obtain relief and does not, as plaintiff give up any rights, or submit those rights to the arbitrary disposition of the court.

Mail Room
MAY 23 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia